FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA CR 10-0103-AG |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Mark Elliot Andorko, ) | |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources, prior warrants, prior failures to appear, arrest on vandalism charges while on SR, admission of methamphetamine use, use of multiple personal identifiers, unknown

1    *recent background*

4    and/or

5  B.  (☒)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *long string of arrests and convictions dating back to 1998, apparent prior supervised release violation*

     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

     Dated:  7/26/13                      /s/ Jean Rosenbluth
                                          JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE